UNITED STATES DISTRICT COURT                     CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK                     MINUTE ORDER

BEFORE: ANNE Y. SHIELDS                          DATE: 1/19/2016
       U.S. MAGISTRATE JUDGE                    TIME: 10:30 AM
                                                                           FTR: 11:01-11:08

CASE: **CV 15-707 (LDW) (AYS)** Gumwand, Inc. V. Gum Wand, LTD. Et al

TYPE OF CONFERENCE: STATUS

APPEARANCES:   Plaintiff   <u>Gerard Dunne</u>

                          Defendant   Scott Zarin

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☐    Other:


                                                      SO ORDERED

                                                  <u>/s/ Anne Y. Shields</u>
                                                  ANNE Y. SHIELDS
                                                  United States Magistrate Judge